# Affidavit of Process Server

__Signal Financial, et al.__ vs __Looking Glass, et al.__     17CV8816
Plaintiff/Petitioner    Defendant/Respondent    Case#

Being duly sworn, on my oath, I __Trinity McMatten__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Sugar Felsenthal Grais & Hammer LLP__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☒ Subpoena with $ __0__ witness fee and mileage
☒ __Attachment__

by serving (NAME) __TERRY – RECEPTIONIST (REFUSED TO GIVE LAST NAME)__
at ☐ Home
☒ Business __30 N. LaSalle Ste: 3000 Chicago IL__
☒ on (DATE) __12-22-17__ at (TIME) __9:40A__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, __TERRY - RECEPTIONIST - Authorized to Accept__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address does not exist   ☐ Service cancelled by litigant
☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ____ DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME
( ) ____ DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME

**Description:**
☐ Male ☐ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☒ Black Skin ☐ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'-5'3" ☐ 100-130 Lbs.
  ☐ Brown Skin ☒ Blond Hair   ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☒ 131-160 Lbs.
☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
  ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me,
A notary public, this __22__ day of __December__ 20__17__

_Notary Public_

SERVED BY __Trinity McMatten__
ALLE PROCESS SERVERS
STATE OF ILLINOIS DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/01/19

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS