UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| SIGNAL FINANCIAL HOLDINGS LLC, and<br>SIGNAL FUNDING LLC,<br>both Delaware limited liability companies,<br><br>                Plaintiffs,<br><br>                v.<br><br>LOOKING GLASS FINANCIAL LLC,<br>a Delaware limited liability company, and<br>FARVA JAFRI, an individual,<br><br>                Defendants. | Case No. 17-cv-8816<br><br>Hon. Joan Humphrey Lefkow |

## ORDER

**Plaintiff's second emergency motion to seal document [63] is granted temporarily. The Clerk shall place docket entry #62, Defendant's Memorandum and all attachments, under seal until further order of court. Plaintiff's emergency motion to seal document [63] is also continued to January 18, 2018 at 9:00 a.m.**

**Dated: January 17, 2018**

                                                                  **_____**
                                                                  **U.S. District Judge Joan H. Lefkow**