Signal Financial Holdings LLC, et al.

                                                  Plaintiff,

v.                                                                             Case No.: 1:17−cv−08816
Honorable Joan H. Lefkow

Looking Glass Financial LLC, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 7, 2018:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendants are instructed to respond to plaintiffs' third emergency motion to partially seal defendants' answer and counterclaims and Rule 12(f) motion to strike defendants' insufficient, impertinent, and scandalous third affirmative defense [83] by noon on February 7, 2018.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.