UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Signal Financial Holdings LLC, et al.
                                    Plaintiff,

v.                                  Case No.: 1:17−cv−08816
                                    Honorable Joan H. Lefkow

Looking Glass Financial LLC, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2018:

MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's amended motion for rule requiring defendant Farvi Jafri and her counsel Mark Stang to show cause why they should not be held in contempt of court [80] is reset from 2/14/2018 to 2/21/2018 at 09:30 AM and removed from the Court's call of 2/14/2018.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.