IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIGNAL FINANCIAL HOLDINGS LLC and SIGNAL FUNDING LLC, both Delaware limited liability companies, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 17 C 8816 |
| v, | ) ) | |
| LOOKING GLASS FINANCIAL LLC, a Delaware limited liability company, and FARVA JAFRI, an individual, | ) ) ) ) | Hon. Joan Humphrey Lefkow |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXTEND TIME FOR THEIR RESPONSE TO PLAINTIFFS' RULE 11 MOTION DIRECTED TO DEFENDANTS' MOTION TO <u>DISQUALIFY CONSTANTINE GEKAS AS PLAINTIFFS' COUNSEL</u>**

Defendants, Looking Glass Financial LLC and Farva Jafri, by their attorney, Mark A. Stang, move this honorable Court, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, to extend the time generally for Defendants to file their response to Plaintiffs' Rule 11 motion that was filed February 12, 2018 (Dkt. # 93), which response is presently due March 8, 2018, per the Court's briefing schedule order entered February 20, 2018 (Dkt. # 101). In support of this motion, Defendants join in the motion for extension of time already filed by Defendants' former counsel, Adam Hecht (Dkt. # 103) and adopt the arguments set forth therein.

                 LOOKING GLASS FINANCIAL LLC

                 By_____*Mark A. Stang*_____
                      Mark A. Stang

Mark A. Stang
Stang-Law Firm
584 Hyacinth Place
Highland Park, Illinois 60035-1265
(847) 432-2073

1

## CERTIFICATE OF SERVICE

    I, Mark A. Stang, an attorney, hereby certify that I caused a copy of the foregoing motion to extend time for filing Defendants' response to Plaintiffs' Rule 11 motion to be served on all counsel of record on March 3, 2018 by the Court's CM/ECF Transmission.

                                                        */s/ Mark A. Stang*