IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIGNAL FINANCIAL HOLDINGS LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 17-cv-8816 |
| ) | |
| LOOKING GLASS FINANCIAL LLC, *et al.*, ) | Hon. Joan Humphrey Lefkow |
| ) | |
| Defendants. ) | |

**STIPULATION OF SETTLEMENT**

Plaintiffs Signal Financial Holdings LLC and Signal Funding LLC, on the one hand, and Defendant Michael Olsen, on the other hand, stipulate and agree as follows:

1. Judgment shall be entered against Defendant Michael Olsen on Counts One and Three of the Second Amended Complaint without any admission or denial by Defendant Michael Olsen regarding the allegations of the Second Amended Complaint and those Counts.

2. A Permanent Injunction in the form attached hereto shall be entered against Defendant Michael Olsen incorporating the Court's Findings of Fact and Conclusions of Law entered January 31, 2018 [Docket No. 79], again without any admission or denial by Defendant Michael Olsen of those Findings and Conclusions.

3. The remaining Counts (Counts Two Four, Five, and Seven) against Defendant Michael Olsen shall be dismissed with prejudice.

| | |
|---|---|
| /s/ Constantine John Gekas | /s/Farva Jafri |
| Constantine John Gekas | Jafri Law Firm |
| CJG@gekaslaw.com | farvastra@gmail.com |
| GEKAS LAW LTD. | 50 Evergreen Row |
| 33 North LaSalle Street STE 2220 | Armonk, NY 10504 |
| Chicago, Illinois 60602 | (224) 267-0043 |
| Tel: (312) 726-4501; Fax: (312) 726-4505 | *Attorney for Defendant Michael Olsen* |
| *Attorney for Plaintiffs* | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division**

| | |
|---|---|
| **SIGNAL FINANCIAL HOLDINGS LLC,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 17-cv-8816 |
| ) | |
| **LOOKING GLASS FINANCIAL LLC,** *et al.*, ) | Hon. Joan Humphrey Lefkow |
| ) | |
| **Defendants.** ) | |

**PERMANENT INJUNCTION AGAINST DEFENDANT MICHAEL OLSEN**

This Permanent Injunction is entered pursuant to the Stipulation of Settlement between Plaintiffs Signal Financial Holdings LLC and Signal Funding LLC, on the one hand, and Defendant Michael Olsen, on the other hand.

The Court's findings of fact and conclusions of law entered January 31, 2018, are incorporated herein as though fully set forth herein with the caveat that Defendant Michael Olsen neither nor admits nor denies those findings and conclusions.

Therefore, IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

Defendant Michael Olsen and any and all persons or entities in active concert or participation with him, are hereby enjoined from any use, dissemination or distribution of any kind by any means whatsoever of any information, files and data, whether electronic, paper or other that Defendant Jafri or anyone else removed from Plaintiffs' premises, or copied from Plaintiffs' computers or other files, or to which they had any kind or method of access. This injunction does not apply to the documents identified as draft employment agreements at the evidentiary hearing held on January 18, 19, and 24, 2018, and marked as Exhibit I to David Hough's declaration in support of plaintiffs' motion for a preliminary injunction.

ENTER:
DATE: _____

_____
United States District Judge