# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| **SIGNAL FINANCIAL HOLDINGS LLC,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 17-cv-8816 |
| ) | |
| **LOOKING GLASS FINANCIAL LLC,** *et al.*, ) | Hon. Joan Humphrey Lefkow |
| ) | |
| **Defendants.** ) | |

## PLAINTIFFS' MOTION TO BAR OR LIMIT THE TESTIMONY OF THE SUGAR FELSENTHAL DEFENDANTS' MALPRACTICE EXPERT ADRIAN VUCKOVICH PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 37(c)(1) AND 37(d)(1(A)(ii), FEDERAL RULE OF EVIDENCE 702, AND *DAUBERT*, AND FOR AN AWARD OF ATTORNEY'S FEES

Plaintiffs/Counter-Defendants Signal Financial Holdings LLC and Signal Funding LLC (Signal or Plaintiffs) respectfully move this Court to bar or substantially limit the testimony of Adrian Vuckovich, the SFGH Defendants' purported legal malpractice expert and ask for an award of attorney's fees pursuant to Rule 37(d)(3).

\* \* \* \*

Respectfully submitted,

  /s/ Constantine John Gekas
Constantine John Gekas
CJG@gekaslaw.com
GEKAS LAW LTD.
33 North LaSalle Street STE 2220
Chicago, Illinois 60602
Tel: (312) 726-4501
Fax: (312) 726-4505

*Attorney for Plaintiffs*