IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| **SIGNAL FINANCIAL HOLDINGS LLC,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 17-cv-8816 |
| ) | |
| **LOOKING GLASS FINANCIAL LLC,** *et al.*, ) | Hon. Joan Humphrey Lefkow |
| ) | |
| **Defendants.** ) | |

**JOINT MOTION TO ENTER PERMANENT INJUNCTION AND FINAL JUDGMENT**

Pursuant to a Stipulation of Settlement, Plaintiffs SIGNAL FINANCIAL HOLDINGS LLC and SIGNAL FUNDING LLC (Plaintiffs), on the one hand, and Defendants LOOKING GLASS FINANCIAL LLC, FARVA JAFRI, PINNACLE STRUCTURES LLC, LOOKING GLASS LEGAL LLC, PINNACLE DISABILITY LLC, and LOOKING GLASS PARTNERS LLC, (the Jafri Defendants), on the other hand, jointly move for (1) the entry of the attached Permanent Injunction, and (2) the entry of Final Judgment in accordance with Rule 58, both to be entered without the Jafri Defendants admitting or denying any of the allegations or claims against them

Respectfully submitted,

| | |
|---|---|
| /s/ Constantine John Gekas | /s/ Farva Jafri |
| GEKAS LAW LTD. | JAFRI LAW FIRM |
| One South Dearborn Street, Suite 2000 | 50 Evergreen Row |
| Chicago, Illinois 60602 | Armonk, NY 10504 |
| cjg@gekaslaw.com | (914) 772-8315 |
| (312) 726-4501 | farvastra@gmail.com |
| | |
| *Attorney for Plaintiffs* | *Pro se & Attorney for the Jafri Defendants* |